HELEN WITTY, TRUSTEE, ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF HARTLAND ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 66 Conn. App. 387 (AC 20923), is denied.

*Timothy Brignole,* in support of the petition.

*Mary E. R. Bartholic* and *Thomas W. Witherington,* in opposition.

Decided December 10, 2001

IMC MORTGAGE COMPANY *v.* JOHN DOE I

The petition of the defendant Jerome T. Dunbar for certification for appeal from the Appellate Court (AC 21795) is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Jerome T. Dunbar,* pro se, in support of the petition.

Decided December 10, 2001